UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
05 FEB 14 AM 11: 48

PATRICK M. LONG, JENNIFER LONG,
JOHN RYAN and KIM A. RYAN,

                      Plaintiff,

v.

K-DAC EXPEDITE,
POLLACK NATIONALEASE, and
CARL J. COOPER,

                      Defendants.

**ORDER OF DISMISSAL**

03-CV-454A(F)

The court having been advised by the counsel for the parties that the above action has been settled;

It is ORDERED that this action is hereby dismissed without costs and on the merits, but without prejudice to the right, upon good cause shown within 60 days to reopen this action if settlement is not consummated.

                                        /s/ Richard J. Arcara
                                        RICHARD J. ARCARA
                                        UNITED STATES DISTRICT JUDGE

Dated:    February 11, 2005
              Buffalo, New York