UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PATRICK M. LONG AND JENNIFER LONG

JOHN RYAN AND KIM A. RYAN,

                              Plaintiffs,

vs.

K-DAC EXPEDITE, a/k/a K-DAC ENTERPRISES, INC
POLLOCK NATIONALEASE a/k/a POLLOCK LEASING, INC.
CARL J. COOPER,

                              Defendants.

**STIPULATION OF DISMISSAL**

Civil No. 03 CV 0454

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties in the above-captioned action, pursuant to Federal Rules of Civil Procedure §41(a)(ii), that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the litigation, the above entitled action be, and the same hereby is dismissed on the merits with prejudice, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Buffalo, New York
         March 7, 2005

**DAMON & MOREY, LLP**

_____
Jennifer L. Decker, Esq.
*Attorney for Defendants*
298 Main Street
1000 Cathedral Place
Buffalo, New York 14202
(716) 858-3823

**CELLINO & BARNES**

_____
Joseph E. Dietrich, III, Esq.,
*Attorneys for Plaintiff*
17 Court Street, 7th Floor
Buffalo, New York 14202-3290
(716) 854-2020

SO ORDERED:

_____
Honorable Richard J. Arcara
March 15, 2005

-#881781-